UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Plaintiff,                  **MEMORANDUM**

      -against-                                22 Cr. 18 (KMK)

JOSEPH MAHARAJ,

                       Defendant.
------------------------------------------------------------x

TO:  <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the March 22, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated:  April 4, 2023
        White Plains, New York

                                                              Respectfully Submitted,

                                                              _____
                                                               JUDITH C. McCARTHY
                                                               United States Magistrate Judge