**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 16, 2023

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **Re:   *United States v. Joseph Maharaj*, 22 Cr. 18 (NSR) -01**

Dear Judge Román:

   Sentencing in the above-referenced matter is currently scheduled for June 30, 2023 at 9:45 a.m.  The Government and Stephen Riebling, counsel for Joseph Maharaj, jointly and respectfully request that the sentencing be adjourned until September 20, 2023 at 10 a.m.  This is the first such request for an adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Stephanie Simon
Stephanie Simon
Jim Ligtenberg
Jamie Bagliebter
Assistant United States Attorneys
Tel:  (212) 637-2581

cc:   Stephen Riebling, Esq.

**The parties' joint request to adjourn the in-person Sentencing from June 30, 2023 until Sept. 20, 2023 at 10:00 am is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 52. Dated: White Plains, NY**
**May 16, 2023**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/16/2023___