**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 26, 2023

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Joseph Maharaj*, 22 Cr. 18 (NSR)

Dear Judge Román:

    Sentencing in the above-referenced matter is currently scheduled for September 20, 2023, at 10:00 a.m. The Government, with the consent of defense counsel Stephen Riebling, Esq., respectfully requests that the sentencing be adjourned until the week of December 4, 2023, or some point thereafter at the Court's convenience. This is the second such request for an adjournment.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ Stephanie Simon
    Stephanie Simon
    Jim Ligtenberg
    Jamie Bagliebter
    Assistant United States Attorneys
    Tel: (212) 637-2581

cc:    Stephen Riebling, Esq.