

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

October 31, 2023

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Joseph Maharaj*, 22 Cr. 18 (NSR)

Dear Judge Román:

    Sentencing in the above-referenced matter is currently scheduled for December 8, 2023. The Government, with the consent of defense counsel Stephen Riebling, Esq., respectfully requests that the sentencing be adjourned. The parties have conferred with Your Honor's Courtroom Deputy Gina Sicora, and I understand that the Court has availability on January 25, 2024, at 9:45 a.m.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

            By:   /s/ Stephanie Simon
                  Stephanie Simon
                  Jim Ligtenberg
                  Benjamin Klein
                  Assistant United States Attorneys
                  Tel: (212) 637-2581

cc:    Stephen Riebling, Esq.