**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

October 31, 2023

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Joseph Maharaj*, 22 Cr. 18 (NSR)-01

Dear Judge Román:

  Sentencing in the above-referenced matter is currently scheduled for December 8, 2023. The Government, with the consent of defense counsel Stephen Riebling, Esq., respectfully requests that the sentencing be adjourned. The parties have conferred with Your Honor's Courtroom Deputy Gina Sicora, and I understand that the Court has availability on January 25, 2024, at 9:45 a.m.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

        By: /s/ Stephanie Simon
           Stephanie Simon
           Jim Ligtenberg
           Benjamin Klein
           Assistant United States Attorneys
           Tel: (212) 637-2581

cc: Stephen Riebling, Esq.

**The Govt's request to adjourn the in-person Sentencing from Dec. 8, 2023 until Jan. 25, 2024 at 9:45 am is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 78.**
**Dated: White Plains, NY**
   **October 31, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023