**MEMO ENDORSED**



**RIEBLING & PAYTON**
CRIMINAL DEFENSE AND FAMILY LAW

| | | |
|---|---|---|
| STEPHEN J. RIEBLING, JR. | **118 NORTH BEDFORD ROAD** | T: (914) 705-4502 |
| MARCIA L. PAYTON | **SUITE 100** | F: (914) 428-4001 |
| | **MOUNT KISCO, NY 10549** | |

January 22, 2024

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Deft's request to adjourn the in-person Sentencing from Jan. 25, 2024 until Mar. 6, 2024 at 9:45 am is GRANTED without opposition by the Gov't. Deft. is also GRANTED an extension of time to respond to the Presentence Report. Clerk of Court is requested to terminate the motion at ECF No. 113.**
**Dated: January 22, 2024**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:    *United States v. Joseph Maharaj*, 22 Cr. 18 (NSR)-01

Dear Judge Román:

As the Court will recall, my office represents the Defendant, Joseph Maharaj, in the above referenced matter which is presently scheduled for sentencing on January 25, 2024.

Since the scheduling of that date, there have been some significant personal medical developments that I have been dealing with that have kept me away from the office for periods of time. In fact, on January 30, 2024, I will be admitted to the hospital to have a cardiac surgical procedure which will then keep me out of the office for at least 2 to 3 weeks. I will be having medical appointments in preparation for that surgery the week before my admission to the hospital.

Due to the above, I am requesting that the sentencing date be adjourned. I have previously corresponded with Court Deputy Gina Secora and AUSA Stephani Simon, and March 6, 2024 at 9:45 AM was suggested as an acceptable adjournment date.

In addition to requesting an adjournment of the sentencing date, I am also requesting additional time to respond to the Presentence Report filed by the Probation Officer for the reasons set forth above.

Thank you in advance for your consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __01/22/2024__

Respectfully Submitted,

*/s/ Stephen J. Riebling, Jr.*
STEPHEN J. RIEBLING, JR.
*Attorney for Defendant Maharaj*
Tel.: (914)705-4502

Cc:    Stephanie Simon, Assistant U.S. Attorney