

**MEMO ENDORSED**

| STEPHEN J. RIEBLING, JR. | 118 NORTH BEDFORD ROAD | T: (914) 705-4502 |
| MARCIA L. PAYTON | SUITE 100 | F: (914) 428-4001 |
| | MOUNT KISCO, NY 10549 | |

March 5, 2024

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Deft's request to adjourn the in-person Sentencing from Mar. 6, 2024 until Mar. 27, 2024 at 11:45 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 124.**
**Dated: March 6, 2024**
**White Plains, NY**

SO ORDERED:
*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:     *United States v. Joseph Maharaj*, 22 Cr. 18 (NSR) -01

Dear Judge Román:

As the Court will recall, my office represents the Defendant, Joseph Maharaj, in the above referenced matter which is presently scheduled for sentencing on March 6, 2024.

You will recall that due to a personal medical issue, I underwent cardiac surgery January 30, 2024. Since that time, I have been recovering. Fortunately, the recovery has progressed but it has been slower than I would have hoped. I had a follow up appointment and underwent further tests. While it is not anticipated that any further hospitalization or procedures are necessary, I have experienced shortened work hours during this recovery period. As a result, I have not been able to meet with my client to discuss or prepare the necessary sentencing submission.

Due to the above, I am requesting that the sentencing date be adjourned. I have previously corresponded with Court Deputy Gina Secora and AUSA Stephani Simon, and March 27, 2024 at 11:45 AM was suggested as an acceptable adjournment date.

In addition to requesting an adjournment of the sentencing date, I am also requesting additional time to respond to the Presentence Report filed by the Probation Officer for the reasons set forth above.

Thank you in advance for your consideration of this request.

Respectfully Submitted,

*/s/ Stephen J. Riebling, Jr.*
STEPHEN J. RIEBLING, JR.
*Attorney for Defendant Maharaj*
Tel.: (914)705-4502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/06/2024__

Cc: Stephanie Simon, Assistant U.S. Attorney