UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSEPH MAHARAJ,<br><br>Defendant. | 22 CR 0018-01 (NSR)<br><br>**CORRECTED**<br>RESCHEDULING ORDER |

NELSON S. ROMÁN, U.S.D.J.:

The Court inadvertently applied the incorrect defendant number on a Rescheduling Order for Defendant Joseph Maharaj (01) (see ECF No. 135) and now corrects this error. The Clerk of Court is requested to strike ECF No. 135 as it does not apply to Defendant Shawn Rains (02).

**Due to a Court scheduling conflict, the IN-PERSON Sentencing is rescheduled *nunc pro tunc* from March 27, 2024 until April 30, 2024 at 2:30 pm, without objection by the parties, in Courtroom 218.**

Dated:  April 22, 2024
        White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/22/2024