```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MAHARAJ,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

24-CV-7719 (NSR)

22-CR-0018-01 (NSR)

ORDER TO ANSWER, 28 U.S.C. § 2255

NELSON S. ROMÁN, United States District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    The U.S. Attorney's Office is directed to file an answer or other pleadings in response to the motion on or before November 15, 2024. Movant (Joseph Maharaj) is directed to file a reply on or before December 18, 2024. Absent further order, the motion shall be considered fully submitted as of December 18, 2024 upon the filing of Movant's reply.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

    The Clerk of Court is directed to mail a copy of this Order to Movant at the address on the civil docket and show service on the docket.

                                                   SO ORDERED.

Dated:   October 18, 2024
             White Plains, New York

                                                  NELSON S. ROMÁN
                                                  United States District Judge