USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/23/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Judgment Creditor,

    v.

JOSEPH MAHARAJ,

        Judgment Debtor,

   and

AXA EQUITABLE LIFE INSURANCE
COMPANY, FIDELITY WORKPLACE
SERVICES, LLC, and ELEVANCE HEALTH
401(K) PLAN,

        Garnishees.

22 CR 018 (NSR)

**FINAL ORDER
OF GARNISHMENT**

WHEREAS, pursuant to the Mandatory Victim Restitution Act ("MVRA"), 18 U.S.C. §§ 3613, 3664(m), and the Federal Debt Collection Procedure Act ("FDCPA"), 28 U.S.C. § 3205, the United States of America ("the Government") sought, obtained, and served Writs of Garnishment on the Garnishees, AXA EQUITABLE LIFE INSURANCE COMPANY, FIDELITY WORKPLACE SERVICES, LLC, and ELEVANCE HEALTH 401(K) PLAN (Dkts. 168-72, 176), for substantial nonexempt property belonging to or due the Judgment Debtor, JOSEPH MAHARAJ;

WHEREAS Garnishee FIDELITY WORKPLACE SERVICES, LLC, at the direction of Garnishee ELEVANCE HEALTH 401(K) PLAN, filed an Answer dated February 5, 2026 and docketed on February 11, 2026 (Dkt. 178) stating that, in its capacity as the administrative record keeper of the Plan, it holds $72,094, subject to market fluctuation, for the Judgment Debtor, who is a terminated participant in the Plan;

WHEREAS Garnishee AXA EQUITABLE LIFE INSURANCE COMPANY filed an Answer dated February 12, 2026 and docketed on February 25, 2026 (Dkt.179), stating that EQUITABLE FINANCIAL LIFE INSURANCE COMPANY holds the Judgment Debtor's IRA number ending in 9409 with an approximate value of $158,783, subject to market fluctuation, and a term life insurance policy number ending in 5792 with a face value of $1 million but no current cash surrender value;

WHEREAS, in compliance with the FDCPA, the Government served the Judgment Debtor with the garnishment process on January 9, 2026 (Dkt. 175);

WHEREAS the FDCPA requires the Judgment Debtor to file a claim for exemption, objection to the Garnishee's answer, or request for a hearing within 20 days after service under 28 U.S.C. §§ 3202(d) and 3205(c)(5), that time has expired, and neither the Court nor the Government has received any such filing by or on behalf of the Judgment Debtor;

WHEREAS, pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer, if no hearing is requested within the required time-period, the Court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's nonexempt interest in the property held by the Garnishee;

WHEREAS the Judgment Debtor owes $4,416,167.38 in unpaid restitution to the victim of his crimes; and

WHEREAS it is undisputed that the MVRA authorizes the Government to garnish the substantial nonexempt property of the Judgment Debtor held by each Garnishee. *See* 18 U.S.C. §§ 3613; 3664(m); *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006); *United States v. Shkreli*, 47 F.4th 65, 72 (2d Cir. 2022) (notwithstanding any other federal law, MVRA permits the garnishment of assets held in ERISA-protected retirement accounts to satisfy a restitution order); *United States v. Berry*, 951 F.3d 632, 636 (5th Cir. 2020) (affirming garnishment of IRA to pay

restitution); and *United States v. Novak*, 476 F.3d 1041, 1062 (9th Cir. 2006) (involuntary court-ordered distributions from retirement accounts to pay criminal restitution are not subject to additional tax or penalty for early withdrawal);

IT IS HEREBY ORDERED that the Garnishees EQUITABLE FINANCIAL LIFE INSURANCE COMPANY, FIDELITY WORKPLACE SERVICES, LLC, and ELEVANCE HEALTH 401(K) PLAN shall liquidate securities as needed to pay to the Clerk of Court the full liquidated value of each account of the Judgment Debtor, JOSEPH MAHARAJ, less any deductions required by law, and without any additional penalty for early withdrawal, in partial satisfaction of the outstanding restitution debt;

Payments shall be made by a certified check made payable to "Clerk of Court" with "No. 22 CR 018" written on the face of the payment mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: March 23, 2026
White Plains, New York

_____
NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Final Order of Garnishment – Page 3**